

Colin M. Dolmat
714-620-2350 Ext. 335
cmdolmat@lanak-hanna.com

File No. 26559

December 18, 2019

<u>VIA OVERNIGHT MAIL</u>

United States District Court
Northern District of California
Attn: Civil Filing Clerk
450 Golden Gate Ave., 16th Floor
San Francisco, CA

RE: <u>Leonard Moore, et al. v. Appliance Direct, Inc., et al.</u>
     <u>REGISTRATION OF OUT-OF-DISTRICT JUDGMENT</u>



Dear Filing Clerk:

Enclosed please find the following to be filed:

1. Exemplified Judgment in a Civil Case
2. Clerk's Certification of a Judgment to be Registered in Another District
3. Affidavit of Craig P. Bronstein in Support of Registration of an Out-Of-District Judgment Pursuant to 28 U.S. Code § 1963

Also enclosed is our firm check in the amount of $47.00 to cover the filing fee. Please file the enclosed originals and return conformed copies to me in the enclosed self-addressed stamped envelope. Should you have any questions please do not hesitate to contact me at the telephone number above.

Thank you for your assistance!

Sincerely,

Colin M. Dolmat
Paralegal

Enclosures